

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
02/03/2021

| | | |
|---|---|---|
| IN RE: § | | |
| ABC DENTISTRY, P.A., et al. § | | CASE NO: 16-34221 |
| § | | |
| Debtor(s) § | | (Chapter 11) |
| § | | |
| § | | Jointly Administered |
| _____ § | | |
| SAEED ROHIFARD § | | |
| § | | |
| Plaintiff, § | | |
| v. § | | |
| § | | |
| BREWER & PRITCHARD, A PROFESSIONAL § | | Adv. Proc. No. 18-03205 |
| CORPORATION, J. MARK BREWER, § | | |
| AND A. BLAIRE HICKMAN § | | |
| § | | |
| Defendants. § | | |

### DEFENDANTS' MOTION TO EXTEND DEFENDANTS' TIME TO FILE RESPONSIVE PLEADING

The first amended complaint was served on Defendants on January 16, 2021. The amended complaint purports to add two new parties, but it has not yet been served on these parties. Counsel

**DENIED.**

respectfully move for an extension of time to Tuesday, February 23, 2021, in which to file a responsive pleading to the complaint and a response to plaintiff's second motion to remand.

Signed: February 03, 2021

_____
Marvin Isgur
United States Bankruptcy Judge

Additionally, Plaintiff's reply briefs will be due one week after Defendants' file their responsive pleadings.

Dated: January 26, 2021

Respectfully submitted,

/s/ *Kenneth Zimmern*
Kenneth A. Zimmern, SDTX 13757
Zimmern Law Firm, P.C.
8588 Katy Freeway, Suite 226
Houston, Texas 77024
(713) 529-4999
attorney@zimmern.com

Sean Ryan Buckley, SDTX 25833
Sean Buckley & Associates
770 S. Post Oak Ln., Suite 620
Houston, TX 77056
(713) 380-1220
buckleyfirm@gmail.com

**COUNSEL FOR DEFENDANTS**

**CERTIFICATE OF CONFERENCE**

On January 25, 2021, the undersigned communicated by electronic mail with counsel for Plaintiff. Plaintiff's counsel did not respond, and failed to state whether Plaintiff is opposed or unopposed to an extension in which to file a responsive pleading to the first amended complaint.

*/s/ Kenneth Zimmern*
Kenneth A. Zimmern
Lead Attorney for Defendants

**CERTIFICATE OF SERVICE**

A copy of the foregoing document has been filed via the court's CM/ECF filing system and served in accordance with the rules via ECF on January 26, 2021.

*/s/ Kenneth Zimmern*
Kenneth A. Zimmern