

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

ENTERED
03/12/2021

| | | |
|---|---|---|
| IN RE: | § | |
| ABC DENTISTRY, P.A., *et al*, | § | CASE NO: 16-34221 |
|     Debtors. | § | |
| | § | CHAPTER 11 |
| | § | |
| SAEED ROHI, | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 18-3205 |
| | § | |
| BREWER & PRICHARD, P.C., *et al*, | § | |
|     Defendants. | § | |

## ORDER DENYING PLAINTIFF'S SECOND MOTION FOR REMAND

For the reasons stated in the Court's Memorandum Opinion issued on this date, the Second Motion for Remand (ECF No. 64) is denied.

SIGNED 03/12/2021

Marvin Isgur
United States Bankruptcy Judge