# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | CASE NO. 16-34221 |
| ABC DENTISTRY, P.A., ET AL. § | | |
| § | | (CHAPTER 11) |
| Debtor, § | | |
| § | | JUDGE MARVIN ISGUR |

| | | |
|---|---|---|
| SAEED ROHI § | | |
| § | | |
| Plaintiff § | | |
| § | | |
| v. § | | ADVERSARY PROC. NO. 18-03205 |
| § | | |
| BREWER & PRITCHARD, A § | | |
| PROFESSIONAL CORPORATION, J. § | | |
| MARK BREWER, A. BLAIRE § | | |
| HICKMAN, CHARLES LONG AND § | | |
| CAGE, HILL & NIEHAUS, LLP § | | |

### AGREED STIPULATION REGARDING THE DESIGNATION
### OF EXPERT WITNESSES AND DISCOVERY DEADLINE

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE MARVIN ISGUR:

Pursuant to the Federal Rule of Bankruptcy Procedure 7037 and Federal Rule of Civil Procedure 29, Plaintiff Dr. Saeed Rohi, with the consent and agreement of the Defendants, files this Agreed Stipulation Regarding the Designation of Expert Witnesses and Discovery Deadline.

The Joint Discovery / Case Management Plan ("Plan") calls for Plaintiff to designate experts and provide reports by June 21, 2021, and Defendants to do so by July 22, 2021. ECF No. 88. The Plan also states that the planned discovery and depositions can reasonably be completed by August 31, 2021. *Id*.

The Parties have worked diligently to conduct discovery. The Parties have largely completed written discovery. Defendants took the deposition of Dr. Saeed Rohi on June 2, 2021

and Pilar Carrera on June 3, 2021. Plaintiff took the deposition of J. Mark Brewer on June 8, 2021. The deposition of A. Blaire Hickman is set for Thursday, July 1, 2021. However, as Party depositions are ongoing, deadlines for the designation of expert witnesses are not currently feasible. As a result, the discovery necessary for the case will not likely be completed prior to August 31, 2021. The Parties need additional time to designate experts, take expert depositions, and complete discovery. Accordingly, the Parties have agreed to the following:

   Plaintiff's Designation of Experts:   August 24, 2021

   Defendants' Designation of Experts:  September 23, 2021

   Completion of Discovery:    October 25, 2021

The Parties request the Court to enter the attached order which amends the Plan and reflects the above discovery deadlines.

Dated: July 13, 2021.

            Respectfully submitted,

            **THE KASSAB LAW FIRM**

             / s / Lance Christopher Kassab
             Lance Christopher Kassab
             (Attorney in Charge)
             Texas State Bar No. 00794070
             Federal Bar No. 433516
             lance@kassab.law
             David Eric Kassab
             Texas State Bar No. 24071351
             Federal Bar No. 1561652
             david@kassab.law
             1214 Elgin Street
             Houston, Texas 77004
             Telephone: 713-522-7400
             Facsimile: 713-522-7410

            **ATTORNEYS FOR PLAINTIFF**

>ZIMMERN LAW FIRM, P.C.
>
>/ s /  *Kenneth A. Zimmern*
>Kenneth A. Zimmern, SDTX 13757
>8584 Katy Freeway, Suite 103
>Houston, Texas 77024
>Telephone: 713-529-4999
>attorney@zimmern.com
>
>ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

On this day I filed this document with the CM/ECF system, which will send a notice of electronic filing to all parties requesting and entitled to receive ECF notice.

Dated: July 13, 2021.

>/ s / David Eric Kassab
>David Eric Kassab

3